# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1655

PURE FISHING, INC.,

           Plaintiff-Appellant,

v.

NORMARK CORPORATION (doing business as Rapala),

           Defendant-Appellee.

Appeal from the United States District Court for the District of South Carolina in case no. 10-CV-2140, Judge Cameron McGowan Currie.

Authorized Abbreviated Caption[2]

PURE FISHING, INC. V NORMARK CORPORATION, 2013-1655

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.