# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 2013-1655

### PURE FISHING, INC.,

*Plaintiff – Appellant*,

v.

### NORMARK CORPORATION (doing business as Rapala),

*Defendant – Appellee.*

**APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA IN CASE NO. 10-CV-2140, JUDGE CAMERON MCGOWAN CURRIE.**

## APPELLANT PURE FISHING, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX

Appellant Pure Fishing, Inc. ("Pure Fishing") hereby moves under FRAP 27 and Federal Circuit Rule 27, for leave to file a Supplement to the Joint Appendix.

On April 14, 2014, Pure Fishing tendered the Joint Appendix, Confidential version and Non-Confidential version. Upon inspection of the two versions of the Joint Appendix tendered, Pure Fishing discovered certain pages were missing that were cited in the parties' briefs. The missing pages were included in the original Joint Appendix but inadvertently not included in the versions tendered to the Court on April 14, 2014. Pure Fishing wishes to file a supplement to the Joint Appendix with the missing pages.

During this inspection, Pure Fishing also discovered that two pages were incorrectly numbered in the Joint Appendix as 2300 and 2301 at the end of the appendix. These two pages should have been numbered 2900 and 2901. Pure Fishing wishes to include the correctly numbered pages in the Supplement to the Joint Appendix.

Therefore, Pure Fishing respectfully requests the Court to grant the motion for leave to supplement the Joint Appendix with the missing pages.

                Respectfully submitted,

                /s/ Marcus A. Manos
               Marcus A. Manos, Fed Ct. ID 4828
               Daniel C. Leonardi, Fed Ct. ID 9332
               NEXSEN PRUET, LLC
               1441 Main Street, Suite 1500
               Post Office Drawer 2426
               Columbia, South Carolina 29202
               (803) 253-8275
               MManos@nexsenpruet.com

               Attorneys for Appellant Pure Fishing, Inc.

Columbia, South Carolina

May 30, 2014.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 13-1655 - Pure Fishing, Inc. v. Normark Corporation

## STATEMENT UNDER FED. CIR. R. 27(a)(5)

Pursuant to Federal Circuit Rule 27(a)(5), counsel for Appellant informed counsel for Appellee of this motion. Counsel for the Appellee indicated that the Appellee will not oppose the motion.

Respectfully submitted,

/s/ Marcus A. Manos
Marcus A. Manos, Fed Ct. ID 4828
Daniel C. Leonardi, Fed Ct. ID 9332
NEXSEN PRUET, LLC
1441 Main Street, Suite 1500
Post Office Drawer 2426
Columbia, South Carolina 29202
(803) 253-8275
MManos@nexsenpruet.com

Attorneys for Appellant Pure Fishing, Inc.

Columbia, South Carolina

May 30, 2014.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 13-1655 - Pure Fishing, Inc. v. Normark Corporation

## **CERTIFICATE OF INTEREST**

The undersigned certifies as follows:

1. The full name of the party represented by counsel of record is Pure Fishing, Inc.

2. Parent corporations and any publicly held companies that own 10 percent or more of the stock of Pure Fishing, Inc.: Pure Fishing, Inc. is a wholly owned subsidiary of Jarden Corporation, a publically traded company.

3. The names of all firms and the partners and associates that have appeared for Pure Fishing, Inc. in the proceeding before the United States District Court of South Carolina or who are expected to appear for the party in this Court are: Marcus A. Manos and Daniel C. Leonardi of Nexsen Pruet, LLC, 1230 Main Street, Suite 700, Columbia, South Carolina 29201; Christopher Near and James H. Fowles, III of Ogletree Deakins Nash Smoak and Sterwart, 1320 Main Street, Suite 600, Columbia, South Carolina 29201; Douglas J. Rosinski, 701 Gervais Street, Suite 150-405, Columbia, South Carolina 29201; Jennifer L. Travers and Thomas G. Pasternak, Steptoe & Johnson, 115 S LaSalle Street, Suite 3100, Chicago, Illinois 60603; and Paul D. Lall, Steptoe & Johnson, 1330 Connecticut Avenue NW, Washington, DC 20036.

Respectfully submitted,

    /s/ Marcus A. Manos
Marcus A. Manos, Fed ID #4828
Daniel C. Leonardi, Fed ID #9332
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, South Carolina 29201
(803) 771-8900
mmanos@nexsenpruet.com
dleonardi@nexsenpruet.com

Attorneys for Plaintiff-Appellee
Pure Fishing, Inc.

May 30, 2014.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 13-1655 – Pure Fishing, Inc. v. Normark Corporation

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 30th day of May, 2014, I caused the **Appellant Pure Fishing, Inc.'s Motion For Leave To File Supplemental Appendix** to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users.

J. Thomas Vitt, Esquire
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
vitt.thomas@dorsey.com

                                              /s/ Marcus A. Manos
                                            NEXSEN PRUET, LLC

Columbia, South Carolina